1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  GRIFFIN ESTES, CA Bar # 322095
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   RICHARD RICARDO

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | Case No.  1:22-cr-00063-ADA-BAM
12 |         Plaintiff,               | **STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS; ORDER**
13 | vs.                              |
14 |                                  | Judge:  Hon. Barbara A. McAuliffe
   | RICHARD RICARDO                  |
15 |                                  |
   |         Defendant.               |
16

17     On August 25, 2021, a complaint was filed charging Mr. Ricardo with a violation of 18

18 U.S.C § 922(g)(1). ECF Dckt. # 1. An initial appearance on the indictment was held on February

19 24, 2022. ECF Dckt. # 8. The Court ordered Mr. Ricardo released on several conditions, including

20 that he participates in the Teen Challenge Drug Rehabilitation program. ECF Dckt. # 8, 10, 11. Mr.

21 Torres has since successfully completed the inpatient program.

22     Mr. Torres, through counsel, Griffin Estes Assistant Federal Defender, and the United

23 States Attorney Justin Gilio hereby stipulate to modify the conditions of pretrial release, to modify

24 paragraph 7(h). ECF Dckt. # 10. Pretrial Services has no objection to the modification.

25 Specifically, the parties stipulate to modify the conditions to remove the condition requiring

26 participation in Teen Challenge and add language requiring Mr. Ricardo's participation in the

27 Better Choices court program. The parties agree to modify the condition so that condition 7(h)

28 says:

The defendant must participate in the Better Choices court program and comply with all the rules and regulations of the program. You must remain in the program until released by a pretrial services officer. In accordance with this condition, you must appear before U.S. Magistrate Judge, Erica P. Grosjean, courtroom 10, on October 18, 2023, at 11:00 a.m.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Dated:  September 8, 2023        */s/ Justin Gilio*
                                 JUSTIN GILIO
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

Dated:  September 8, 2023        HEATHER E. WILLIAMS
                                 Federal Defender

                                 */s/ Griffin Estes*
                                 GRIFFIN ESTES
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 RICHARD RICARDO

# O R D E R

**GOOD CAUSE APPEARING**, the above stipulation to modify Mr. Ricardo's conditions of release is hereby accepted and adopted as the order of this Court. Condition #7(h) is hereby modified as noted above. All other orders remain in full force and effect.

Dated: 9/8/2023                  *Sheila K. Oberto*
                                 HON. SHEILA K. OBERTO
                                 United States Magistrate Judge