PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD RICARDO,<br><br>Defendant. | CASE NO. 1:22-CR-00063-ADA-BAM<br><br>STIPULATION TO VACATE STATUS CONFERENCE AND SET CASE FOR CHANGE OF PLEA HEARING AND ORDER THEREON<br><br>Date: October 25, 2023<br>Time: 1:00 p.m.<br>Honorable Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order this case was set for a status conference on October 25, 2023, at 1:00 p.m. before the Hon. Barbara A. McAuliffe. The parties hereby agree to vacate the status conference, set the case for a change of plea hearing on August 5, 2024, at 8:30 a.m. before Hon. Ana de Alba, and exclude Speedy Trial time between the filing of this stipulation through August 5, 2024.

2. Defense counsel requires additional time to meet with his client, review the discovery, work on a resolution of the case, and prepare for the change of plea hearing.

3. In addition, the defendant was recently admitted into a one-year drug treatment program that he intends to participate in and work towards graduating from.

4. An ends-of-justice delay is particularly apt in this case because the defendant is currently out on pretrial release.

The parties further believe that time should be excluded, in that failure to grant the requested case schedule would unreasonably deny the defendants continuity of counsel, and unreasonably deny both the defendants and the government the reasonable time necessary for effective preparation, taking into account the parties' due diligence in prosecuting this case. 18 U.S.C. Section 3161(h)(7)(B)(iv). Based on the above-stated findings, the ends of justice served by the schedule as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. Therefore, the parties request that the Court exclude the time from October 25, 2023 until the change of plea hearing on August 5, 2024, from calculations under the Speedy Trial Act.

IT IS SO STIPULATED.

Dated:  October 18, 2023                                         PHILLIP A. TALBERT
                                                                 United States Attorney

                                                          By:   /s/ JUSTIN J. GILIO
                                                                 JUSTIN J. GILIO
                                                                 Assistant United States Attorney

Dated: October 18, 2023                                          /s/ *Griffin Estes*
                                                                 Attorney for Defendant
                                                                 Richard Ricardo

STIPULATION TO SET FOR CHANGE OF PLEA                            2

**ORDER**

IT IS SO ORDERED that the status conference set for October 25, 2023, is vacated. A change of plea hearing is set for **August 5, 2024, at 8:30 a.m. before District Judge Ana de Alba**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).  In addition, the Court sets a status conference for **March 13, 2024, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe.**

IT IS SO ORDERED.

Dated: __October 19, 2023__         /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE