|   |   |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664<br>Federal Defender |
| 2 | GRIFFIN ESTES, CA Bar # 322095<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant<br>RICHARD RICARDO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:22-cr-00063-ADA-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. |  |
| RICHARD RICARDO | Judge:  Hon. Barbara A. McAuliffe |
| Defendant. |  |

This matter is currently set for a change of plea hearing on August 24, 2024. ECF Dckt. # 37. Time has been excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). *Id*. A status conference on this matter is currently scheduled for March 12, 2024. *Id*.

The parties hereby request and stipulate that this Court continue the status conference, which is set for March 12, 2024, to June 26, 2024.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Dated:  March 1, 2024        */s/ Justin Gilio*
JUSTIN GILIO
Assistant United States Attorney
Attorney for Plaintiff

Dated: March 1, 2024  HEATHER E. WILLIAMS
Federal Defender

*/s/ Griffin Estes*
GRIFFIN ESTES
Assistant Federal Defender
Attorney for Defendant
RICHARD RICARDO

**O R D E R**

GOOD CAUSE APPEARING, the status conference currently scheduled for March 12, 2024 is hereby continued to **June 26, 2024 at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time was previously excluded through August 24, 2024.

IT IS SO ORDERED.

Dated: **March 1, 2024**                /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE