PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>RICHARD RICARDO,<br><br>    Defendant. | CASE NO. 1:22-CR-00063-NODJ-BAM<br><br>STIPULATION TO VACATE STATUS CONFERENCE AND ORDER THEREON<br><br>Date: June 26, 2024<br>Time: 1:00 p.m.<br>Honorable Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate to vacate the status conference on June 26, 2024. Time has been previously excluded up to and including the date for the change of plea hearing on August 5, 2024.

        IT IS SO STIPULATED.

Dated:  June 20, 2024                         PHILLIP A. TALBERT
                                              United States Attorney


                                        By:   /s/ JUSTIN J. GILIO
                                              JUSTIN J. GILIO
                                              Assistant United States Attorney


Dated: June 20, 2024                          /s/ Griffin Estes
                                              Attorney for Defendant
                                              Richard Ricardo

**ORDER**

   IT IS SO ORDERED that the status conference set for June 26, 2024, is vacated. Time was previously excluded to the change of plea hearing date of August 5, 2024.  The Court **ADVANCES the change of plea hearing from August 5, 2024 to July 29, 2024 at 8:30 a.m.** before a district judge.

IT IS SO ORDERED.

   Dated:   __June 21, 2024__          ____/s/ _Barbara A. McAuliffe_____
                                                      UNITED STATES MAGISTRATE JUDGE