1  HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
2  GRIFFIN ESTES, CA Bar #322095
Assistant Federal Defender
3  Office of the Federal Defender
2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
RICHARD RICARDO

7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 1:22-cr-00063-NODJ-BAM

12            Plaintiff,               **STIPULATION TO VACATE CHANGE OF PLEA HEARING AND SET BRIEFING SCHEDULE AND MOTION HEARING DATE; ORDER**

13  vs.

14  RICHARD RICARDO,

15            Defendant.

16

17          IT IS HEREBY STIPULATED, by and between the parties through their respective

18  counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Assistant

19  Federal Defender Griffin Estes, counsel for Richard Ricardo, that the Court may set a briefing

20  schedule and set a hearing date for a motion to dismiss.

21  The parties agree and request the Court find the following:

22          1.      The Indictment charges Mr. Ricardo with a violation 18 U.S.C. § 922(g) – Felon

23  in possession of a firearm. If convicted, Mr. Ricardo faces up to 10 years in prison.

24          2.      There is currently no trial set in this matter. However, a change of plea hearing is

25  set for July 29, 2024 at 8:30 a.m. ECF Dckt. # 51.

26          3.      Counsel in this matter are requesting a briefing schedule be set. Furthermore,

27  counsel are requesting that the change of plea hearing be vacated, and that a motion hearing be

28  set.

4.      In order for the parties to have sufficient time and opportunity to file and brief the issue, and in order for the Court to have sufficient time to review, consider, and hear argument with respect to the defense motion, the parties are requesting that a briefing schedule be set on the motion.

5.      Accordingly, the parties hereby agree and stipulate that the following briefing schedule and hearing date be set:

- Defense motion to be filed on or before July 22, 2024

- Government opposition to be filed on or before August 12, 2024

- Any defense reply to be filed on or before August 28, 2024

- Motion hearing to be set on November 18, 2024, at 9:00 a.m.

The dates proposed are mutually agreeable dates for the parties and the parties make this request with the intention of conserving time and resources for both the parties and the Court.

6. The parties agree that time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., shall be excluded on the following bases:

a. Counsel for both defendants require additional time to review discovery, consult with their clients, conduct necessary investigation, and draft the motion to suppress. Counsel for both defendants believe that failure to grant a continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance. Accordingly, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

b. The period of delay resulting from the filing of the motion to dismiss, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion, is excluded in computing the time within which trial must commence pursuant to 18 U.S.C. § 3161(h)(1)(D).

**IT IS SO STIPULATED.**

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 26, 2024          */s/ Griffin Estes*
                            GRIFFIN ESTES
                            Assistant Federal Defender
                            Attorney for Defendant
                            RICHARD RICARDO


PHILLIP A. TALBERT
United States Attorney

Date: June 26, 2024          */s/ Justin Gilio*
                            JUSTIN GILIO
                            Assistant United States Attorney
                            Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** The change of plea hearing currently set for July 29, 2024 is hereby vacated. A briefing schedule on the defense motion is hereby set in accordance with the above. The defense motion is to be filed on or before July 22, 2024. The government opposition is to be filed on or before August 12, 2024. Any defense reply is to be filed on or before August 28, 2024. For the reasons set forth in the parties' stipulation, the time period of June 29, 2024, to November 18, 2024, inclusive, is excluded in computing the time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161, et seq. A hearing on the motion is hereby set for **November 18, 2024, at 9:00 a.m. before the Honorable United States District Court Judge**.

IT IS SO ORDERED.

Dated:   **June 26, 2024**          */s/ Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE