PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721

Attorneys for Government

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD RICARDO,<br><br>Defendant. | Case No. 1:22-cr-00063-NODJ-BAM<br><br>**STIPULATION TO MODIFY MOTION BRIEFING SCHEDULE; ORDER GRANTING STIPULATION AS MODIFIED BY THE COURT** |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Assistant Federal Defender Griffin Estes, counsel for Richard Ricardo, that the Court may Modify the briefing schedule on defendant's motion to dismiss.

The parties agree and request the Court find the following:

1. On June 27, 2024, a briefing schedule on a defense motion to dismiss was set. Doc. 54. The defense motion was to be filed on or before July 22, 2024. The government opposition was to be filed on or before August 12, 2024. And any defense reply was to be filed on or before August 28, 2024. The hearing was scheduled for November 18, 2024, at 9:00 a.m.

2. The parties are now stipulating to a modification of that a briefing schedule to permit the government to have additional time to respond to defendant's motion and for defendant to have additional time to reply to the government's response.

3. Accordingly, the parties hereby agree and stipulate that the briefing schedule be modified as follows:

- Government opposition to be filed on or before October 14, 2024
- Any defense reply to be filed on or before November 4, 2024
- Motion hearing to remain on November 18, 2024, at 9:00 a.m.

The dates proposed are mutually agreeable dates for the parties and the parties make this request with the intention of conserving time and resources for both the parties and the Court.

4. The parties agree that time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., is still excluded through the date of the hearing.

.

**IT IS SO STIPULATED.**

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 7, 2024         */s/ Griffin Estes*
                             GRIFFIN ESTES
                             Assistant Federal Defender
                             Attorney for Defendant
                             RICHARD RICARDO


PHILLIP A. TALBERT
United States Attorney

Date: August 7, 2024         */s/ Justin Gilio*
                             JUSTIN GILIO
                             Assistant United States Attorney
                             Attorney for Plaintiff

# **O R D E R**

**IT IS SO ORDERED.** The briefing schedule on the defense motion is hereby modified in accordance with the above. The government's response to defendant's motion is to be filed on or before **October 7, 2024**. Any defense reply is to be filed on or before **October 28, 2024**. The hearing on the motion remains set on **November 18, 2024**, at 9:00 a.m. before the Honorable United States District Court Judge.

IT IS SO ORDERED.

Dated:   **August 8, 2024**                              _____
                                                                              UNITED STATES DISTRICT JUDGE