PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD RICARDO,<br><br>Defendant. | CASE NO. 1:22-CR-00063-NODJ-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: November 25, 2024<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a hearing on defendant's motion to dismiss. On November 25, 2024, the Court denied the motion, without prejudice. The parties currently have no trial or hearing scheduled.

2. By this stipulation, defendant now moves to set his case for a status conference onMarch 26, 2025, and to exclude time between November 25, 2024, and March 26, 2025, under 18 U.S.C. § 3161(h)(7)(A), B(iv).

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes body-worn camera, investigative reports, photographs, and other evidence. All of this

discovery has been either produced directly to counsel and/or made available for inspection and copying.

  b) The government has been in negotiations with defense counsel about a pretrial resolution of the case.  Defense counsel needs the additional time to discuss the government's offer with his client.  In addition, counsel for defendant desires additional time to meet with his client and discuss the options after the court's denial of his motion to dismiss.  Defense needs time to consider filing of additional motions, conduct independent investigation, consider a potential pretrial resolution of the case, and develop mitigation evidence for any potential sentencing.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) An ends-of-justice delay is particularly apt in this case because the defendant is not detained pending trial.

  f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 25, 2024 to March 26, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated: November 25, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ JUSTIN J. GILIO
JUSTIN J. GILIO
Assistant United States Attorney

Dated: November 25, 2024

/s/ Griffin Estes
Griffin Estes
Counsel for Defendant
Richard Ricardo

**ORDER**

IT IS SO ORDERED that the status conference is set for **March 26, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). If the parties do not resolve the case in advance of the next status conference, they shall be prepared to set a trial date at the status conference hearing.

IT IS SO ORDERED.

Dated: __November 29, 2024__        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE