MICHELE BECKWITH
Acting United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00063-DAD-BAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| RICHARD RICARDO, | DATE: August 5, 2025 TIME: 1:00 p.m. COURT: Hon. Barbara A. McAuliffe |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a Status Conference on July 9, 2025 at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe, and a trial on August 5, 2025.

2.      By this stipulation, defendant now moves to set this case for a change of plea hearing onSeptember 22, 2025, to vacate the trial and status conference, and to exclude time between August 5, 2025, and September 22, 2025, under 18 U.S.C. § 3161(h)(7)(A), B(iv).

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes body-worn camera, investigative reports, photographs, and other evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection and

copying.

       b)      The parties have reached an agreement in principal and are finalizing a formal plea agreement.  Counsel for defendant desires additional time to meet with his client and discuss the formal agreement and prepare for the change of plea hearing as well as to prepare for sentencing.

       c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       d)      The government does not object to the continuance.

       e)      An ends-of-justice delay is particularly apt in this case because the defendant is not detained pending trial.

       f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

       g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 5, 2025 to September 22, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

    IT IS SO STIPULATED.

Dated:  April 28, 2025

MICHELE BECKWITH
Acting United States Attorney


/s/ JUSTIN J. GILIO
JUSTIN J. GILIO
Assistant United States Attorney


Dated:  April 28, 2025

/s/ Griffin Estes
Griffin Estes
Counsel for Defendant
Richard Ricardo


## ORDER

IT IS SO ORDERED that the jury trial set for August 5, 2025, trial confirmation set for July 21, 2025 and status conference set for July 9, 2025 are vacated. A change of plea hearing is set for **September 22, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge.**  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). The Court sets a Status Conference **for September 10, 2025 at 1:00 p.m. in Courtroom 8** (BAM) before Magistrate Judge Barbara A. McAuliffe.  If the parties file a plea agreement before the September 10, 2025 Status Conference, the Court will vacate the conference.

IT IS SO ORDERED.

Dated:   **April 29, 2025**          /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE