| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | GRIFFIN ESTES, CA Bar #322095 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | RICHARD RICARDO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00063-DAD-BAM |
| Plaintiff, | **STIPULATION TO CONTINUE CHANGE OF PLEA HEARING, AND VACATE STATUS CONFERENCE; ORDER** |
| vs. | |
| RICHARD RICARDO, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Assistant Federal Defender Griffin Estes, counsel for Richard Ricardo, that the Court may continue the currently scheduled September 22, 2025, change of plea hearing to November 3, 2025. The parties further stipulate that the Court may vacate the September 10, 2025, status conference. The parties do not anticipate filing a plea agreement. The parties agree and request the Court find the following:

1. The Indictment charges Mr. Ricardo with a violation 18 U.S.C. § 922(g) – Felon in possession of a firearm. If convicted, Mr. Ricardo faces up to 10 years in prison.

2. There is currently a change of plea hearing set for September 22, 2025, at 8:30 a.m. ECF Dckt. # 76. Furthermore, there is a status conference set on September 10, 2025, at 1:00 p.m. *Id*.

3. The parties request that the Court continue the currently scheduled September 22, 2025, change of plea hearing to November 3, 2025, at 10:00 a.m. The parties further request that the Court vacate the September 10, 2025, status conference.

4. The parties agree that time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., shall be excluded on the following bases:

    a. Counsel requires additional time to review discovery, consult with their clients, conduct necessary investigation, and prepare for sentencing. Counsel believes that failure to grant a continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance. Accordingly, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    b. The period of delay resulting from the filing of the motion to dismiss, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion, is excluded in computing the time within which trial must commence pursuant to 18 U.S.C. § 3161(h)(1)(D).

**IT IS SO STIPULATED.**

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 5, 2025            */s/ Griffin Estes*
                                      GRIFFIN ESTES
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      RICHARD RICARDO

PHILLIP A. TALBERT
United States Attorney

Date: May 5, 2025

*/s/ Justin Gilio*
JUSTIN GILIO
Assistant United States Attorney
Attorney for Plaintiff

# **O R D E R**

Pursuant to the stipulation of the parties and good cause appearing, the currently scheduled September 22, 2025, change of plea hearing is continued to November 3, 2025, at 10:00 a.m. The September 10, 2025, status conference is vacated. For the reasons set forth in the parties' stipulation, the time period of September 22, 2025, November 3, 2025, inclusive, is excluded in computing the time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161, et seq. pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), Local Code T4. Finally, a change of plea hearing is hereby set for November 3, 2025, at 10:00 a.m. before the Honorable Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **May 5, 2025**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE