UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:22-CR-00063-1-JLT |
| | ) | CA Case No.: 26-2036 |
| Plaintiff, | ) | |
| | ) | **ORDER APPOINTING COUNSEL** |
| vs. | ) | |
| | ) | |
| RICHARD RICARDO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Defendant has satisfied this Court that he is financially unable to obtain counsel and wishes the Court to appoint counsel to represent him on appeal. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS**:

1.  Elizabeth H. Richardson-Royer, be appointed to represent the above defendant in this case effective *nunc pro tunc* to April 24, 2026, in place of AFD, Griffin Estes. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:  **April 27, 2026**

_____
UNITED STATES DISTRICT JUDGE